**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| THERESE VERONICA NATTY, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 2:11-CV-0156-RWS |
| ERICK HOLDER, JR., : | |
| Attorney General, *et al.* : | |
| : | |
| Respondents. : | |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [34] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, Petitioner's Objections [35], and Respondents' Reply [36], the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. The Court finds that each of the issues raised in Petitioner's Objections was properly addressed in the Report and Recommendation.

Based on the foregoing, Respondent Stone's Motion to Dismiss and to Substitute [9] is **GRANTED**; Petitioner's Motions to Deny Respondent Stone's Motion to Dismiss [11 and 14] are **DENIED**; Petitioner's Motion for Emergency Injunction [12] is **DENIED**, **as moot**; Petitioner's Motions to

AO 72A
(Rev.8/82)

Dismiss the Federal Respondents' Response [18, 20, and 21] and Motion to Dismiss Their Supplemental Response [27] are **DENIED**; and the Habeas Corpus Petition [1] is **DISMISSED**, **as moot**.

**SO ORDERED**, this 17th day of February, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE